2016-0414 (La. 9/16/16)

**STATE EX REL. Tracy L. COMMON**

v.

**STATE of Louisiana**

**No. 2016-KH-0414**

Supreme Court of Louisiana.

September 16, 2016

Applying for Reconsideration of this Court's action dated April 8, 2016; Parish of Jefferson, 24th Judicial District Court Div. O, No. 07-411; to the Court of Appeal, Fifth Circuit, No. 15-KH-815;

Not considered. See La.S.Ct. Rule IX, § 6.

■

2016-1480 (La. 9/16/16)

**STATE EX REL. Joseph BROWN**

v.

**STATE of Louisiana**

**NO. 2016-KH-1480**

Supreme Court of Louisiana.

September 16, 2016

Applying For Supervisory and/or Remedial Writs, Parish of Orleans, Criminal District Court Div. B, No. 197-714

Relator represents that the district court has failed to act timely on a petition for nullity of judgment filed on or about July 27, 2015. If relator's representation is correct, the district court is ordered to consider and act on the petition. If relator's representation is incorrect, the district court is ordered to accept, file and act upon the pleading which is herewith transferred to the district court. The district court is ordered to provide this Court with a copy of its judgment.

■

2016-0572 (La. 9/16/16)

**STATE EX REL. Artis BURKS**

v.

**STATE of Louisiana**

**NO. 2016-KH-0572**

Supreme Court of Louisiana.

September 16, 2016

Applying for Reconsideration of this Courts action dated April 22, 2016, Parish of Jefferson, 24th Judicial District Court, Div. P, No. 02-00333

Reconsideration denied.